# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     NEAL M. LIVINGSTON
           AKA: NEAL MICHAEL LIVINGSTON, SR.,
           NEAL LIVINGSTON, SR., NEAL M.
           LIVINGSTON, SR.  DBA: SSL CONSULTING
           DAWN MARIE LIVINGSTON

               Debtor(s)

                                          CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
               Movant                          CASE NO: 5-14-01194-JJT

           vs.

           NEAL M. LIVINGSTON
           AKA: NEAL MICHAEL LIVINGSTON, SR.,
           NEAL LIVINGSTON, SR., NEAL M.
           LIVINGSTON, SR.  DBA: SSL CONSULTING
           DAWN MARIE LIVINGSTON

               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 19, 2016, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                        Respectfully submitted,

                        s/   Charles J. DeHart, III
                        Charles J. DeHart, III, Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    NEAL M. LIVINGSTON
          AKA: NEAL MICHAEL LIVINGSTON,
          SR., NEAL LIVINGSTON, SR., NEAL M.
          LIVINGSTON, SR.
          DBA: SSL CONSULTING        CHAPTER 13
          DAWN MARIE LIVINGSTON


               Debtor(s)          CASE NO: 5-14-01194-JJT

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
              Movant

## <u>NOTICE</u>

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.  Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| October 18, 2016  at 9:00 am | October 18, 2016 at 09:35 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |


YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place on or before:  **10/11/2016**.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 3550.00**
**AMOUNT DUE FOR THIS MONTH:  $1775.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $5325.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
**CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.     You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  September 19, 2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    NEAL M. LIVINGSTON
AKA: NEAL MICHAEL
LIVINGSTON, SR., NEAL
LIVINGSTON, SR., NEAL M.      CHAPTER 13
LIVINGSTON, SR. DBA: SSL
CONSULTING
DAWN MARIE LIVINGSTON

                               CASE NO: 5-14-01194-JJT

             Debtor(s)

             CHARLES J. DEHART, III
             CHAPTER 13 TRUSTEE

             Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on September 19, 2016.


VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511


NEAL M. LIVINGSTON
DAWN MARIE LIVINGSTON
PO BOX 137
POCONO LAKE, PA 18347-0137


                                Respectfully submitted,

                                s/ Liz Joyce
                                for Charles J. DeHart, III, Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA 17036
                                Phone: (717) 566-6097

Dated:  September 19, 2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    NEAL M. LIVINGSTON
         AKA: NEAL MICHAEL LIVINGSTON,
         SR., NEAL LIVINGSTON, SR., NEAL
         M. LIVINGSTON, SR.
         DBA: SSL CONSULTING
         DAWN MARIE LIVINGSTON

                       CHAPTER 13

             Debtor(s)

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
               Movant           CASE NO: 5-14-01194-JJT

         vs.

         NEAL M. LIVINGSTON        MOTION TO DISMISS
         AKA: NEAL MICHAEL LIVINGSTON,
         SR., NEAL LIVINGSTON, SR., NEAL
         M. LIVINGSTON, SR.
         DBA: SSL CONSULTING
         DAWN MARIE LIVINGSTON

## <u>ORDER DISMSSING CASE</u>

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.