```
                        United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                    Case No. 14-01194-JJT
Neal M. Livingston                                        Chapter 13
Dawne Marie Livingston
         Debtors            **CERTIFICATE OF NOTICE**

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db/jdb       Neal M. Livingston,   Dawne Marie Livingston,   PO Box 137,   Pocono Lake, PA  18347-0137
cr          +PNC Bank,   One PNC Plaza,   249 Fifth Avenue,   Pittsburgh, PA 15222-2707
4461338     +CITIBANK,   C/O UNITED COLLECTION BUREAU,   5620 SOUTHWYCK BLVD STE 206,
             TOLEDO, OH 43614-1501
4461337     +CITIBANK,   C/O NORTHLAND GROUP INC,   PO BOX 390905,   MINNEAPOLIS, MN 55439-0905
4461342     +FIA CARD SVCS/BANK OF AMERICA,   C/O FREDERICK J HANNA & ASSOC,   2253 NORTHWEST PARKWAY,
             MARIETTA, GA 30067-8764
4461343      FIRST BANKCARD,   PO BOX 3331,   OMAHA, NE 68103-0331
4461347     +JOHN HANCOCK,   C/O ATLANTIC PARTNERS FIN GR,   1600 STEWART AVE STE 701,
             WESTBURY, NY 11590-6100
4464818      NISSAN - INFINITI LT,   POB 660366,   DALLAS, TX  75266-0366
4461348      NISSAN INFINITY,   PO BOX 660360,   DALLAS, TX 75266-0360
4613745      New York State Department of Taxation & Finan,   Bankruptcy Section,   P O Box5300,
             Albany, NY 12205-0300
4477064     +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
4461352     +PNC MORTGAGE,   3232 NEWMARK DRIVE,   MIAMISBURG, OH 45342-5433
4461354     +POCONO CARDIOLOGY ASSOC,   C/O HAMILTON LAW GROUP,   PO BOX 90301,   ALLENTOWN, PA 18109-0301
4461358      POCONO MEDICAL CENTER,   C/O POWELL ROGERS & SPEAKS,   PO BOX 930,   HALIFAX, PA 17032-0930
4461357     +POCONO MEDICAL CENTER,   C/O MEDCLAIMS INTERNATIONAL,   PO BOX 2214,   ASTON, PA 19014-0214
4461359     #POCONO MOUNTAIN REG EMS,   C/O FIRST FINANCIAL RESOURCES,   209 WEST CENTRAL ST STE 107,
             NATICK, MA 01760-3716
4513917      Pocono Cardiology Assoc., PC,   c/o Hamilton Law Group,   PO Box 90301,
             Allentown, PA 18109-0301
4461330     +VINCENT RUBINO, ESQ.,   NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WO,   712 MONROE STREET,
             STROUDSBURG, PA 18360-2131
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4485487     +E-mail/Text: bncmail@w-legal.com Oct 19 2016 19:14:14    ALTAIR OH XIII, LLC,
             C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4461331     +EDI: AMEREXPR.COM Oct 19 2016 19:08:00    AMERICAN EXPRESS,   PO BOX 981537,
             EL PASO, TX 79998-1537
4461332      EDI: CINGMIDLAND.COM Oct 19 2016 19:08:00    AT&T MOBILITY,   PO BOX 537104,
             ATLANTA, GA 30353-7104
4471900     +EDI: CINGMIDLAND.COM Oct 19 2016 19:08:00    AT&T Mobility II LLC,   % AT&T Services, Inc,
             Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
4520785      EDI: BECKLEE.COM Oct 19 2016 19:08:00    American Express Centurion Bank,
             c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
4472939      EDI: AIS.COM Oct 19 2016 19:08:00    American InfoSource LP as agent for,
             Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
4461333      EDI: BANKAMER.COM Oct 19 2016 19:08:00    BANK OF AMERICA,   PO BOX 982235,
             EL PASO, TX 79998-2235
4461334     +EDI: TSYS2.COM Oct 19 2016 19:08:00    BARCLAYS BANK DELAWARE,   700 PRIDES XING,
             NEWARK, DE 19713-6102
4461335      EDI: TSYS2.COM Oct 19 2016 19:08:00    BARCLAYS BANK DELAWARE,   PO BOX 8803,
             WILMINGTON, DE 19899-8803
4509459     +E-mail/Text: bncmail@w-legal.com Oct 19 2016 19:14:14    CERASTES, LLC,
             C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4461336      EDI: CITICORP.COM Oct 19 2016 19:08:00    CITI CARDS CBNA,   PO BOX 6241,
             SIOUX FALLS, SD 57117-6241
4461339      EDI: WFNNB.COM Oct 19 2016 19:08:00    COMENITY-HSN,   PO BOX 182120,
             COLUMBUS, OH 43218-2120
4461340     +EDI: CRFRSTNA.COM Oct 19 2016 19:08:00    CREDIT FIRST/FIRESTONE,   6275 EASTLAND RD,
             BROOK PARK, OH 44142-1399
4489581     +E-mail/Text: bankruptcy@cavps.com Oct 19 2016 19:14:18    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
4491918     +EDI: CRFRSTNA.COM Oct 19 2016 19:08:00    Credit First NA,   Po Box 818011,
             Cleveland, OH 44181-8011
4461341      EDI: DISCOVER.COM Oct 19 2016 19:08:00    DISCOVER FINANCIAL SERVICES,   PO BOX 15316,
             WILMINGTON, DE 19850
4463858      EDI: DISCOVER.COM Oct 19 2016 19:08:00    Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
4461344     +EDI: RMSC.COM Oct 19 2016 19:08:00    GECRB/LOWES,   PO BOX 965005,   ORLANDO, FL 32896-5005
4461345     +EDI: RMSC.COM Oct 19 2016 19:08:00    GECRB/SAMS CLUB,   ATTN BANKRUPTCY DEPT,   PO BOX 103104,
             ROSWELL, GA 30076-9104
4461346      EDI: IRS.COM Oct 19 2016 19:08:00    IRS CENTRAL INSOLVENCY,   PO BOX 7346,
             PHILA., PA 19101-7346
4462739     +E-mail/Text: bankruptcy@nbtbank.com Oct 19 2016 19:14:20    NBT Bank, NA,
             52 South Broad Street,   Norwich, NY 13815-1699
4461349      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2016 19:14:06    PA DEPT OF REVENUE,
             DEPT 280946,   ATTN BANKRUPTCY DIV,   HARRISBURG, PA 17128-0946
4461350      E-mail/Text: bankruptcy@nbtbank.com Oct 19 2016 19:14:20    PENNSTAR BANK,
             409 LACKAWANNA AVE,   SCRANTON, PA 18503
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4461355      +E-mail/Text: egssupportservices@egscorp.com Oct 19 2016 19:14:15     POCONO EMERG PHYSICIANS,
              C/O NCO FINANCIAL SYSTEMS,   507 PRUDENTIAL ROAD,   HORSHAM, PA 19044-2308
4495553       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2016 19:14:07
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4489923       EDI: Q3G.COM Oct 19 2016 19:08:00     Quantum3 Group LLC as agent for,   Comenity Capital Bank,
              PO Box 788,   Kirkland, WA  98083-0788
4488064       EDI: Q3G.COM Oct 19 2016 19:08:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
              PO Box 788,   Kirkland, WA  98083-0788
4461360      +EDI: SEARS.COM Oct 19 2016 19:08:00     SEARS CREDIT CARDS,   PO BOX 6282,
              SIOUX FALLS, SD 57117-6282
4530755       EDI: RMSC.COM Oct 19 2016 19:08:00     Synchrony Bank,   c/o Recovery Management Systems Corp,
              25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                        TOTAL: 29


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4461329*      DAWNE MARIE LIVINGSTON,   PO BOX 137,   POCONO LAKE, PA 18347-0137
4461328*      NEAL M. LIVINGSTON,   PO BOX 137,   POCONO LAKE, PA 18347-0137
4461351*     ++PENNSTAR BANK,   52 SOUTH BROAD ST,   NORWICH NY 13815-1646
              (address filed with court: PENNSTAR BANK,   409 LACKAWANNA AVE,   SCRANTON, PA 18503-2059)
4461353*     +PNC MORTGAGE,   3232 NEWMARK DRIVE,   MIAMISBURG, OH 45342-5433
4495554*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4495555*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4495556*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4495558*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4495559*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4461356      ##POCONO EMERG PHYSICIANS,   PO BOX 8510,   PHILA., PA 19101-8510
                                                                        TOTALS: 0, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)  dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Donna Donaher  on behalf of Creditor   PNC Bank donaherd@fnb-corp.com
        Donna Donaher  on behalf of Creditor   PNC Bank, National Association donaherd@fnb-corp.com
        J. Zac Christman   on behalf of Joint Debtor Dawne Marie Livingston jchristman@newmanwilliams.com,
         mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
        J. Zac Christman   on behalf of Debtor Neal M. Livingston jchristman@newmanwilliams.com,
         mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
        Joshua I Goldman  on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas J. MacNeely   on behalf of Creditor   Pennstar Bank, a division of NBT Bank, National
           Association tmacneely@rjglaw.com,  rschaffer@rjglaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino   on behalf of Joint Debtor Dawne Marie Livingston
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com
          Vincent  Rubino   on behalf of Debtor Neal M. Livingston
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com
                                                                    TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Neal M. Livingston | Chapter | 13 |
| aka Neal Michael Livingston Sr., aka Neal Livingston | | |
| Sr., aka Neal M. Livingston Sr., dba SSL Consulting | Case No. | 5:14–bk–01194–JJT |
| Dawne Marie Livingston | | |

**Debtor(s)**

## Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated:  October 19, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk